IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER W. COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 8:17-cv-02168-PWG |
| v. | ) |
| | ) Honorable Paul W. Grimm |
| KOHL'S DEPARTMENT STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jennifer W. Cole, and Defendant, Kohl's Department Stores, Inc., hereby stipulate that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing her/its own attorney's fees and costs.

Dated: April __, 2018                                    Dated: April 16, 2018

By: _____                By: _____
Jennifer Cole                                              Elizabeth A. Scully (27402)
Post Office Box 282                                   BAKER & HOSTETLER LLP
Glenn Dale, MD 20769                            1050 Connecticut Avenue, NW, Suite 1100
Email: jenniferwcole@aol.com              Washington, D.C. 20036-5403
                                                                    Telephone: 202.861.1500
                                                                    Facsimile: 202.861.1783
                                                                    escully@bakerlaw.com

                                                                    Bonnie Keane DelGobbo (*pro hac vice*)
                                                                    BAKER & HOSTETLER LLP
                                                                    191 N. Wacker Dr., Suite 3100
                                                                    Chicago, IL 60606
                                                                    Telephone: 312.416.8185
                                                                    bdelgobbo@bakerlaw.com

                                                                    Attorneys for Defendant
                                                                    KOHL'S DEPARTMENT STORES, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April ___, 2018, I filed the foregoing with the Clerk of the Court. The Court's CM/ECF system will send a notice of filing to all registered users.

_/s/ Jennifer Cole_

4822-8815-9074.2