IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER W. COLE, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No.: 8:17-cv-02168-PWG <br> v. ) <br> ) Honorable Paul W. Grimm <br> KOHL'S DEPARTMENT STORES, INC., ) <br> ) <br> Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jennifer W. Cole, and Defendant, Kohl's Department Stores, Inc., hereby stipulate that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing her/its own attorney's fees and costs.

Dated: April __, 2018

By: _____
Jennifer Cole
Post Office Box 282
Glenn Dale, MD 20769
Email: jenniferwcole@aol.com

Motion: Approved 4/23/18
_____
Paul W. Grimm
United States District Judge

Dated: April 16, 2018

By: _____
Elizabeth A. Scully (27402)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036-5403
Telephone: 202.861.1500
Facsimile: 202.861.1783
escully@bakerlaw.com

Bonnie Keane DelGobbo (*pro hac vice*)
BAKER & HOSTETLER LLP
191 N. Wacker Dr., Suite 3100
Chicago, IL 60606
Telephone: 312.416.8185
bdelgobbo@bakerlaw.com

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.